# Summons
## Collection Information Statement

In the matter of  JAIRO ALAN ALFARO JR, 8810 EMNORA LN, HOUSTON, TX 77080-6023
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  Small Business / Self Employed
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To:  JAIRO A ALFARO
At:  20706 TEALBROOK DR,  CYPRESS, TX  77433

You are hereby summoned and required to appear before, an Internal Revenue Service MARIAH MOORE *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 12/01/2022 To 12/01/2023

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
 8701 S GESSNER,  STOP 5432-HAL,  HOUSTON  TX  77074-2944  (281) 721-8042

Place and time for appearance: At  8701 S GESSNER,  STOP 5432-HAL,  HOUSTON, TX  77074-2944

on the   25th day of   January,   2024 at   1:00 o'clock   pm.

Issued under authority of the Internal Revenue Code this   20th   day of   December   , 2023

Signature of issuing officer | Title
MARIAH MOORE  *Mariah Moore* | REVENUE OFFICER

Signature of approving officer *(if applicable)* | Title

Form **6637** (Rev. 6-2020)   Catalog Number 25000Q   publish.no.irs.gov   Department of the Treasury – Internal Revenue Service
Original -- to be kept by IRS

# Summons
# Collection Information Statement

**In the matter of**   JAIRO ALAN ALFARO JR, 8810 EMNORA LN, HOUSTON, TX 77080-6023
**Internal Revenue Service** *(Identify Division)*   SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)*   Small Business / Self Employed
**Periods:**  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:**  JAIRO A ALFARO
**At:**  20706 TEALBROOK DR,  CYPRESS, TX  77433

You are hereby summoned and required to appear before, an Internal Revenue Service MARIAH MOORE*(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From  12/01/2022  To  **12/01/2023**

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

**Attestation**
I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original

| Signature of IRS officer serving the summons | Title |
|---|---|
| *Mariah Moore* | REVENUE OFFICER,  1002907216 |

**Business address and telephone number of IRS officer before whom you are to appear:**
 8701 S GESSNER,  STOP 5432-HAL,  HOUSTON   TX  77074-2944  (281) 721-8042

**Place and time for appearance: At**  8701 S GESSNER,  STOP 5432-HAL,  HOUSTON, TX  77074-2944

on the  25th  day of  January,  2024  at  1:00  o'clock  pm.

**Issued under authority of the Internal Revenue Code this**  20th  **day of**  December  **, 2023**

| Signature of issuing officer | Title |
|---|---|
| MARIAH MOORE   *Mariah Moore* | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |
|  |  |

Form **6637** (Rev. 6-2020)        Catalog Number 25000Q        publish.no.irs.gov        Department of the Treasury – **Internal Revenue Service**
**Part A** -- to be given to person summoned

## Attachment to Summons Form1 6637

In the matter of  **JAIRO ALAN ALFARO JR**

Period information:  Form 940 for the calendar periods ending December 31, 2020 and December 31, 2022;  Form 941 for the quarterly periods ending September 30, 2021, December 31, 2021, March 31, 2022, June 30, 2022 and September 30, 2022 and Form 944 for the calendar period ending December 31, 2020

Exhibit A

## Certificate of Service of Summons
(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 12/22/23

Time: ~~10:30 am~~ MM 12:30 pm

**How Summons Was Served**

☐ 1. I handed an attested copy of the summons to the person to whom it was directed.

☒ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

Attached to door

Signature: Mariah Moore

Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: Mariah Moore

Title: Revenue Officer

Form 6637 (Rev. 6-2020)   Catalog No. 25000Q   publish.no.irs.gov   Department of the Treasury – Internal Revenue Service